UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MILLIGAN, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-00700-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 11) |

Plaintiff Jerome Eli McCoy is a former county inmate prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 18, 2024, the assigned magistrate judge screened plaintiff's first amended complaint and found that plaintiff had stated a cognizable deliberate indifference claim against defendant Kitchen Supervisor Jerry pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) for intentionally serving plaintiff beans despite plaintiff's documented food allergy. (Doc. No. 11 at 2.) The magistrate judge also issued findings and recommendations recommending that all other claims and defendants be dismissed as duplicative of claims presented by plaintiff in an earlier filed case in this court or for failure to state a cognizable claim. (*Id.*) Accordingly, the magistrate judge recommended that this action proceed only on plaintiff's deliberate indifference claim brought against defendant Kitchen Supervisor Jerry. (*Id.*) The pending findings and

recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.)

On February 2, 2024, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 13.) However, those objections do not meaningfully address the pending findings and recommendations and do not provide any basis upon which to reject the recommendation contained therein.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 18, 2024 (Doc. No. 11) are adopted in full;
2. This action shall proceed solely on plaintiff's first amended complaint (Doc. No. 10) against defendant Kitchen Supervisor Jerry for deliberate indifference;
3. The remaining claims and defendants are dismissed from this action;
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 21, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2