UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLIGAN, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0700 DC CKD P<br><br><br>ORDER |

　　　　Plaintiff is a county inmate proceeding without an attorney in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed two separate motions for an extension of time. In the first motion, plaintiff requests additional time to obtain evidence from defendants who have been dismissed from this action. ECF No. 22. Because the claims against these defendants were dismissed by order dated March 22, 2024, plaintiff's motion is denied as moot.

　　　　Plaintiff has also filed a motion for an extension of time to file an opposition to defendant's motion to compel discovery. The court finds good cause to grant the requested extension of time.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time to obtain evidence (ECF No. 22) is denied as moot.

　　　　2. Plaintiff's motion for an extension of time (ECF No. 25) to file an opposition to

1

defendant's motion to compel is granted.

    3. Any opposition to defendant's motion to compel is due no later than January 7, 2025.

    4. Plaintiff's failure to file an opposition within the time provided may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions in accordance with Local Rule 230(l).

Dated: November 15, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco0700.36x2