1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME ELI MCCOY,                              No.  2:23-cv-0700-DC-CKD P

12                     Plaintiff,

13            v.                                     ORDER

14    MILLIGAN, et al.,

15                     Defendants.

16

17          On January 10, 2025, defendant filed a motion for summary judgment pursuant to Federal

18    Rule of Civil Procedure 56.  Plaintiff did not timely oppose the motion.

19          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21    the granting of the motion . . . ."  Id.  Local Rule 110 provides that failure to comply with the

22    Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

23    Rule or within the inherent power of the Court."  Id.  Plaintiff is hereby cautioned that failure to

24    comply with the Local Rules may result in a recommendation that the action be dismissed.[1]

25    ////

26    _____

27    [1] While plaintiff has not timely opposed defendant's motion for summary judgment, the court
      recognizes plaintiff has filed a response to the court's January 27, 2025, order in which plaintiff
      sets forth his actions taken pursuant to the court's order granting defendant's motion to compel.
28    (See ECF Nos. 35, 37.)

                                                    1

1    In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2    **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
     to comply with these rules or a court order, a defendant may move to
3    dismiss the action or any claim against it.  Unless the dismissal order
     states otherwise, a dismissal under this subdivision (b) and any
4    dismissal not under this rule--except one for lack of jurisdiction,
     improper venue, or failure to join a party under Rule 19--operates as
5    an adjudication on the merits.

6    Id.

7    With these admonitions in place, plaintiff will be granted an extension of time to file an

8    opposition to defendant's pending motion for summary judgment.

9    Good cause appearing, IT IS HEREBY ORDERED that, within 30 days from the date of

10   this order, plaintiff shall file an opposition, if any, to the motion for summary judgment;

11   defendant may file a reply within 14 days of any opposition filed by plaintiff.  Failure to file an

12   opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution;

13   and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.

14   Said failure shall result in a recommendation that this action be dismissed pursuant to Federal

15   Rule of Civil Procedure 41(b).

16   Dated:  February 28, 2025

17   _____
     CAROLYN K. DELANEY
18   UNITED STATES MAGISTRATE JUDGE

19

20

21   8, mcco0700.nooppo

22

23

24

25

26

27

28

2