UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MILLIGAN, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-00700-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 33, 39, 49) |

Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 22, 2025, the magistrate judge filed findings and recommendations recommending that Defendant's motion for terminating sanctions (ECF No. 39) be granted and Defendant's motion for summary judgment (ECF No. 33) be denied as moot.[1] (ECF No. 49.) The pending findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (*Id*.) To

---

[1] The pending findings and recommendations state that "Plaintiff has not filed a written opposition to [D]efendant's motion for sanctions." (ECF No. 49 at 3.) However, shortly before the pending findings and recommendations were docketed, on July 18, 2025, Plaintiff untimely filed an opposition to Defendant's motion for sanctions. (ECF Nos. 48, 50.) The court has reviewed Plaintiff's opposition and concludes that it does not alter the analysis included in the pending findings and recommendations. (*See* ECF No. 50.)

1

date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2025 (ECF No. 49) are ADOPTED in full;
2. Defendant's motion for terminating sanctions (ECF No. 39) is GRANTED, and this action is dismissed with prejudice;
3. Defendant's motion for summary judgment (ECF No. 33) is DENIED as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 11, 2025**

Dena Coggins
United States District Judge

2